No. —. EX PARTE RAYMOND PAUL HILE;
No. —. EX PARTE DEWEY GOOCH;
No. —. EX PARTE PAUL O'NEIL;
No. —. EX PARTE HARRY MILLER; and

No. —. Ex parte Harold Jackson. December 6, 1943. The motions for leave to file petitions for writs of habeas corpus are denied.